The United States Supreme Court has recently held that the denial of a motion to dismiss based on a claim of qualified or absolute immunity is an appealable final decision. *Mitchell v. Forsyth*, 472 U.S. 511, 105 S.Ct. 2806, 86 L.Ed.2d 411 (1985); *Nixon v. Fitzgerald*, 457 U.S. 731, 102 S.Ct. 2690, 73 L.Ed.2d 349 (1982). In so holding, the Court reasoned that a party entitled to immunity has the right to be free from the burden of going to trial. Because the *Mitchell* rationale does not apply when immunity has been granted this order lacks finality. The policy against piecemeal appeals is applicable, and therefore,

It is ORDERED that the motion to dismiss the appeal is granted.

## ORDER

A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:

The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this Court, to stay the mandate and to restore the case on the docket as a pending appeal.

Accordingly, it is ORDERED that the previous decision and judgment of this Court is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.

The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.

---

**CLEVELAND NEWSPAPER GUILD, LOCAL 1, NEWSPAPER GUILD, AFL–CIO, CLC, et al., Plaintiffs-Appellants,**

v.

**The PLAIN DEALER PUBLISHING COMPANY, Defendant-Appellee.**

No. 86–3140.

United States Court of Appeals, Sixth Circuit.

April 29, 1987.

George W. Palda, Berkman, Gordon, Murray & Palda, Cleveland, Ohio, for plaintiffs-appellants.

Karen B. Newborn, Baker & Hostetler, Cleveland, Ohio, Elliot S. Azoff, for defendant-appellee.

Before LIVELY, Chief Judge, ENGEL, KEITH, MERRITT, KENNEDY, MARTIN, JONES, KRUPANSKY, WELLFORD, MILBURN, GUY, NELSON, RYAN, BOGGS and NORRIS, Circuit Judges.